IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS NICHOLAS,
    Plaintiff,

    v.

THE NATIONAL FOOTBALL LEAGUE,
NEW YORK GIANTS FOOTBALL CLUB,
INC., NEW YORK JETS FOOTBALL
CLUB, INC.

    Defendants.

14cv61
**ELECTRONICALLY FILED**

## ORDER OF COURT CLOSING CASE

On January 16, 2014, this Court filed a Memorandum Order re. Failure to Pay Filing Fee or File Motion to Proceed In Forma Pauperis because pro se Plaintiff had filed a Complaint without any form of payment or a Motion to be exempt from the mandatory filing fee. Doc. No. 3. The Court ordered that Plaintiff "shall pay the full filing fee or file a Motion to Proceed In Forma Pauperis on or before January 30, 2014. Failure to do so will be grounds for dismissal." Id. As of this date, no filing fee or Motion has been filed. Therefore, the following Order is entered.

AND NOW, this 4th day of February, 2014, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Complaint (Doc. No. 2-1) is **DISMISSED** for failure to pay the filing fee; and

2. The Clerk of Court shall mark this **CASE CLOSED**.

    s/ Arthur J. Schwab
    Arthur J. Schwab
    United States District Judge

cc:    All Registered ECF Counsel and Parties
    Thomas Nicholas JB6273    Thomas Nicholas
    301 Institution Dr.    23 Hasbrouck Ave
    Bellefonte, PA 16823    Butler, NJ 07405